# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00858-CR

**Joshua Ryan Rios, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NO. 25DCR91780, THE HONORABLE DEBBIE GARRETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Joshua Ryan Rios seeks to appeal a judgment of conviction for Injury to a Child, Elderly Individual, of Disabled Individual. *See* Tex. Penal Code § 22.04(e). The trial court has certified that (1) this is a plea-bargain case and Rios has no right of appeal, and (2) Rios has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: December 12, 2025

Do Not Publish